

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-1940 |
| Originating Case Number: | 2:22-cr-00245-WBS-1 |
| Case Title: | United States of America v. Villa |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:              24-1940
Originating Case Number:    2:22-cr-00245-WBS-1
Case Title:                 United States of America v. Villa

**Friday, April 12, 2024**
Brenda Villa                                                Appeal Transcript Order Due

**Monday, May 13, 2024**
Brenda Villa                                                Appeal Transcript Due

**Friday, June 21, 2024**
Brenda Villa                                                Appeal Opening Brief Due

**Monday, July 22, 2024**
United States of America                                    Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

No. 24-1940

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DC No. 2:22-cr-00245-WBS-1 |
| Plaintiff-Appellee, ) | (Eastern District of California, |
| ) | Sacramento) |
| v. ) | |
| ) | **MOTION FOR EXTENSION OF TIME** |
| BRENDA VILLA, ) | **TO FILE APPELLANT'S OPENING** |
| ) | **BRIEF** |
| Defendant-Appellant. ) | |
| _____ ) | |

Appellant BRENDA VILLA asks this Court to grant her 45 additional days, up to and including September 5, 2024, to file her Opening Brief. The transcripts in this matter are complete. Ms. Villa is not in custody. This unopposed request is made pursuant to Rule 27, Fed. R. App. Proc., and is based on the attached declaration.

Dated: July 11, 2024        Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 *s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant-Appellant
BRENDA VILLA

## DECLARATION OF ANN C. M<sup>c</sup>CLINTOCK

I, ANN C. M<sup>c</sup>CLINTOCK, declare as follows:

1. I am an attorney licensed to practice in the state of California and admitted to practice in the state and federal courts; I am employed with the Office of the Federal Defender for the Eastern District of California. I represent appellant Brenda Villa in this matter.

2. Ms. Villa is not in the custody, but released pending appeal.

3. The transcripts in this matter are complete.

4. The filing of the Appellant's Opening Brief was originally due on or before June 21, 2024. I filed a streamlined extension request which was granted. This moved the deadline to its current date, July 22, 2024.

5. After receiving this extension, I fell ill and missed a week of work that I had planned to devote to Ms. Villa's case. Also, I am the lead attorney for our office's "compassionate release" team. We lost our paralegal on this team early last week. As a result, I have had to spend an increased amount of time on the processing of those cases. Finally, I have an opening brief due July 15, 2024, in *United States v. Muria-Palacios*, CA No. 24-2578. Mr. Muria-Palacios is serving a 24-month sentence and has an expected release date of May 29, 2025. I therefore have been focusing my attention on his case and not Ms. Villa's to try to complete his opening

brief and excerpts of record without having to seek an extension of time. (I may still need to seek an extension nonetheless.)

6. In light of these events, I find it impossible to complete Ms. Villa's opening brief by the current deadline. I believe that the requested additional 45 days of time, up to and including September 5, 2024, will be sufficient time to prepare the Opening Brief and Excerpts of Record.

7. I have contacted the Appellee's counsel, Assistant United States Attorney Nirav Desai, regarding this extension request. He has no opposition to this request.

The foregoing is true and correct. Executed under penalty of perjury this 11th day of July 2024 at Sacramento, California.

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK

## FORMAT CERTIFICATE

Pursuant to Ninth Circuit Rule 32(e)(4), I certify that this brief is in Times New Roman, a proportionately-spaced typeface, 14 point, and contains 454 words.

Dated: July 11, 2024

                                          _s/ Ann C. M<sup>c</sup>Clintock_
                                          ANN C. M<sup>c</sup>CLINTOCK

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 22 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

BRENDA VILLA,

    Defendant - Appellant.

No. 24-1940

D.C. No. 2:22-cr-00245-WBS-1
Eastern District of California,
Sacramento

ORDER

Appellant's unopposed motion (Docket Entry No. 7) for an extension of time to file the opening brief is granted.

The opening brief is due September 5, 2024. The answering brief is due October 7, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

No. 24-1940

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff-Appellee,<br><br>　　　v.<br><br>BRENDA VILLA,<br><br>　　　Defendant-Appellant. | D.C. No. 2:22-cr-00245-WBS<br>(Eastern District of California, Sacramento) |

On Appeal from the United States District Court
For the Eastern District of California
Honorable William B. Shubb, Senior Judge

# APPELLANT'S UNOPPOSED MOTION
# FOR AN EXTENSION OF TIME
# TO FILE OPENING BRIEF

HEATHER E. WILLIAMS
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant-Appellant
BRENDA VILLA

# APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 27, Federal Rules of Appellate Procedure, Appellant BRENDA VILLA, by and through her appointed counsel, requests this Court to grant her an additional extension of time up to and including October 18, 2024, to file Appellant's Opening Brief. This request is based on the attached Declaration of Counsel.

Dated: August 29, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　 *s/ Ann C. M<sup>c</sup>Clintock*
　　　　　　　　　　　　　　　　　　ANN C. M<sup>c</sup>CLINTOCK
　　　　　　　　　　　　　　　　　　Assistant Federal Defender

　　　　　　　　　　　　　　　　　　Attorneys for Defendant-Appellant
　　　　　　　　　　　　　　　　　　BRENDA VILLA

1

## DECLARATION OF COUNSEL

I, ANN C. MᶜCLINTOCK, declare as follows:

1.　I am an attorney licensed to practice law in the state of California and am employed with the Office of the Federal Defender for the Eastern District of California. I am the assigned counsel for Ms. Villa in this matter.

2.　Ms. Villa is out of custody pending appeal.

3.　The transcripts in this matter are complete.

4.　The Appellant's Opening Brief was originally due on or before June 21, 2024. I filed a streamlined extension request which was granted. This moved the deadline to July 22, 2024. On July 11, 2024, I requested a 45-day extension of time, which was granted. This set the current deadline of September 5, 2024.

5.　In addition to work on this brief, I have had to spend far more time on other cases than I anticipated when I asked for the 45-day extension of time. I also had to be out of the office for an extended period earlier this month for an out-of-state funeral. I also will be gone for a week in September for a long-planned family event out-of-state. I already have an October 4, 2024, deadline in a habeas case whose deadline has already been extended many months that I feel I need to meet. That case, *Martinez v. Cates*, 2:23-cv-01323-CSK, has a 3000+ page record that I need to complete reviewing and then prepare an amended petition. I planned

2

to focus on *Martinez* throughout September in order to meet this deadline. I am therefore asking for an October 18, 2024, deadline for Ms. Villa's opening brief.

  6. I believe this requested extension of time will be sufficient and that it will allow me the time needed to complete the brief in this matter.

  7. I have contacted the Appellee's counsel, Assistant United States Attorney Nirav K. Desai, regarding this extension request. He graciously has no opposition to this request.

  8. The transcripts are complete in this matter. No court reporter is in default.

  9. I have exercised diligence in working on this brief and expect that the brief will be filed within the time requested.

The foregoing is true and correct. Executed under penalty of perjury this 29th day of August, 2024, at Sacramento, California.

                *s/ Ann C. McClintock*

3

## FORMAT CERTIFICATE

Pursuant to Ninth Circuit Rule 32(e)(4), I certify that this brief is in Times New Roman, a proportionately-spaced typeface, 14 point, and contains 471 words.

Dated: August 29, 2024

<u>s/ Ann C. M<sup>c</sup>Clintock</u>

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 4 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRENDA VILLA,

    Defendant - Appellant.

No. 24-1940

D.C. No. 2:22-cr-00245-WBS-1
Eastern District of California,
Sacramento

ORDER

Appellant's unopposed motion (Docket Entry No. 9) for an extension of time to file the opening brief is granted.

The opening brief is due October 18, 2024. The answering brief is due November 18, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT